UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMARI TAHIR aka, JAMES C. GARRETT, individually and as Private Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>RONALD ENGLISH, et al.,<br><br>Defendants. | Case No. C15-1819-MJP<br><br>ORDER GRANTING PLAINTIFF'S AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff, proceeding *pro se*, has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 4. After careful consideration of the amended application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's amended application to proceed IFP (Dkt. 4) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable Marsha J. Pechman.

DATED this 6th day of January, 2016.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1