1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMARI TAHIR aka, JAMES C.
GARRETT, individually and as Private
Attorney General,

                              Plaintiff,

          v.

RONALD ENGLISH, individually and in
his OFFICIAL CAPACITY as the General
Counsel of SEATTLE PUBLIC SCHOOL
DISTRICT NO. 1; LARRY DORSEY,
Individually and in his Official Capacity as
the PUBLIC SAFETY DIRECTOR of
SEATTLE PUBLIC SCHOOL DISTRICT
NO. 1; SEATTLE PUBLIC SCHOOL
DISTRICT No. 1; DOES 1-250,

                              Defendants.

No. 2:15-cv-01819-MJP

DEFENDANTS' ANSWER TO
COMPLAINT AND AFFIRMATIVE
DEFENSES

DEMAND FOR JURY

Defendants Ronald English, Seattle Public School District No. 1 and Larry Dorsey

answer Plaintiffs' as follows:

UNLESS OTHERWISE SPECIFICALLY ADMITTED, DEFENDANTS' DENY

EACH AND EVERY ALLEGATION IN PLAINTIFFS' COMPLAINT.

## I.    JURISDICTION

Defendants deny the allegations contained in paragraph 1 of Plaintiffs' Complaint.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 1
2:15-cv-01819-MJP
1043-00016/222349

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## II.    PARTIES

2.1    Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of paragraph 2.1 of Plaintiffs' Complaint and therefore deny the same.  Defendants deny the second sentence of paragraph 2.1 of Plaintiffs' Complaint.

2.4    Defendants' admit that Defendant English resides in the District, was General Counsel, and acted within the course and scope of his employment.  Defendants deny all remaining allegations in paragraph 2.4.

2.5    Defendants' admit that Defendant Dorsey resides in the District, was Public Safety Director, and acted within the course and scope of his employment.  Defendants deny all remaining allegations in paragraph 2.5.

2.6    Defendants admit that Seattle Public School District No. 1 is a municipal corporation operating under Washington law, and deny all remaining allegations contained in paragraph 2.6.

2.7    Defendants deny all allegations contained in paragraph 2.7 of Plaintiffs' Complaint.

2.8    Defendants deny all allegations contained in paragraph 2.8 of Plaintiffs' Complaint.

2.9    Defendants deny all allegations contained in paragraph 2.9 of Plaintiffs' Complaint.

## III.    FACTS

3.1    Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.1 of Plaintiffs' Complaint and therefore deny the same.

3.2    Defendants deny all allegations contained in paragraph 3.2 of Plaintiffs' Complaint.

3.3    Defendants' are without knowledge or information sufficient to form a belief

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

as to the truth of the allegations contained in paragraph 3.3 of Plaintiffs' Complaint and therefore deny the same.

3.4     Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.4 of Plaintiffs' Complaint and therefore deny the same.

3.5     Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.5 of Plaintiffs' Complaint and therefore deny the same.

3.6     Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.6 of Plaintiffs' Complaint and therefore deny the same.

3.7     Defendants deny all allegations contained in paragraph 3.7 of Plaintiffs' Complaint.

3.8     Defendants deny all allegations contained in paragraph 3.8 of Plaintiffs' Complaint.

3.9     Defendants deny all allegations contained in paragraph 3.9 of Plaintiffs' Complaint.

3.10     Defendants deny all allegations contained in paragraph 3.10 of Plaintiffs' Complaint.

3.11     Defendants deny all allegations contained in paragraph 3.11 of Plaintiffs' Complaint.

3.12     Defendants deny all allegations contained in paragraph 3.12 of Plaintiffs' Complaint.

3.13     Defendants deny all allegations contained in paragraph 3.13 of Plaintiffs' Complaint.

3.14     Defendants deny all allegations contained in paragraph 3.14 of Plaintiffs'

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 3
2:15-cv-01819-MJP
1043-00016/222349

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1    Complaint.

2        3.15    Defendants deny all allegations contained in paragraph 3.15 of Plaintiffs'

3    Complaint.

4        3.16    Defendants deny all allegations contained in paragraph 3.16 of Plaintiffs'

5    Complaint.

6        3.17    Defendants deny all allegations contained in paragraph 3.17 of Plaintiffs'

7    Complaint.

8        3.18    Defendants deny all allegations contained in paragraph 3.18 of Plaintiffs'

9    Complaint.

10       3.19    Defendants deny all allegations contained in paragraph 3.19 of Plaintiffs'

11   Complaint.

12       3.20    Defendants deny all allegations contained in paragraph 3.20 of Plaintiffs'

13   Complaint.

14       3.21    Defendants deny all allegations contained in paragraph 3.21 of Plaintiffs'

15   Complaint.

16       3.22    Defendants deny all allegations contained in paragraph 3.22 of Plaintiffs'

17   Complaint.

18       3.23    Defendants' are without knowledge or information sufficient to form a belief

19   as to the truth of the allegations contained in paragraph 3.23 of Plaintiffs' Complaint and

20   therefore deny the same.

21       3.24    Defendants deny all allegations contained in paragraph 3.24 of Plaintiffs'

22   Complaint.

23       3.25    Defendants deny all allegations contained in paragraph 3.25 of Plaintiffs'

24   Complaint.

25       3.26    Defendants admit the hearing was held on December 12, 2013 at the School

26   District Headquarters, that Larry Dorsey was the hearing officer, and that he was not a

27

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 4
2:15-cv-01819-MJP
1043-00016/222349

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

lawyer or justice of the peace.  Defendants deny all other allegations in paragraph 3.26.

3.27    Defendants deny all allegations contained in paragraph 3.27 of Plaintiffs' Complaint.

3.28    Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.28 of Plaintiffs' Complaint and therefore deny the same.

3.29    Defendants deny all allegations contained in paragraph 3.29 of Plaintiffs' Complaint.

3.30    Defendants deny all allegations contained in paragraph 3.30 of Plaintiffs' Complaint.

3.31    Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.31 of Plaintiffs' Complaint and therefore deny the same.

3.32    Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.32 of Plaintiffs' Complaint and therefore deny the same.

3.33    Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.33 of Plaintiffs' Complaint and therefore deny the same.

3.34    Defendants deny all allegations contained in paragraph 3.34 of Plaintiffs' Complaint.

3.35    Defendants deny all allegations contained in paragraph 3.35 of Plaintiffs' Complaint.

3.36    Defendants admit that Defendant Dorsey upheld the Trespass and Exclusion Notices in a letter dated December 18, 2013.  Defendants deny all other allegations in paragraph 3.36.

AFFIRMATIVE DEFENSES - 5
2:15-cv-01819-MJP
1043-00016/222349

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

3.37    Defendants deny all allegations contained in paragraph 3.37 of Plaintiffs' Complaint.

3.38    Defendants deny all allegations contained in paragraph 3.38 of Plaintiffs' Complaint.

3.39    Defendants deny all allegations contained in paragraph 3.39 of Plaintiffs' Complaint.

3.40    Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.40 of Plaintiffs' Complaint and therefore deny the same.

3.41    Defendants' are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.41 of Plaintiffs' Complaint and therefore deny the same.

3.42    Defendants deny all allegations contained in paragraph 3.42 of Plaintiffs' Complaint.

3.43    Defendants deny all allegations contained in paragraph 3.43 of Plaintiffs' Complaint.

3.44    Defendants deny all allegations contained in paragraph 3.44 of Plaintiffs' Complaint.

3.45    Defendants deny all allegations contained in paragraph 3.45 of Plaintiffs' Complaint.

3.46    Defendants deny all allegations contained in paragraph 3.46 of Plaintiffs' Complaint.

3.47    Defendants deny all allegations contained in paragraph 3.47 of Plaintiffs' Complaint.

3.48    Defendants deny all allegations contained in paragraph 3.48 of Plaintiffs' Complaint.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

2567ac6f255193be

3.49     Defendants deny all allegations contained in paragraph 3.49 of Plaintiffs' Complaint.

3.50     Defendants deny all allegations contained in paragraph 3.50 of Plaintiffs' Complaint.

## IV.     STATEMENT OF DAMAGES

4.1     Defendants deny all allegations contained in paragraph 4.1 of Plaintiffs' Complaint.

4.2     Defendants deny all allegations contained in paragraph 4.2 of Plaintiffs' Complaint.

4.3     Defendants deny all allegations contained in paragraph 4.3 of Plaintiffs' Complaint.

4.4     Defendants deny all allegations contained in paragraph "3.4" [sic] of Plaintiffs' Complaint.

4.5     Defendants deny all allegations contained in paragraph 4.5 of Plaintiffs' Complaint.

## V.     CAUSES OF ACTION – COUNT ONE – VIOLATION OF CIVIL RIGHTS (TITLE 42 U.S.C. SECTION 1983) (AS TO ALL INDIVIDUAL DEFENDANTS AND DOES 1-100)

5.1     Defendants deny all allegations contained in paragraph 5.1 of Plaintiffs' Complaint.

5.2     Defendants deny all allegations contained in paragraph 5.2 of Plaintiffs' Complaint.

5.3     Defendants deny all allegations contained in paragraph 5.3 of Plaintiffs' Complaint.

5.4     Defendants deny all allegations contained in paragraph 5.4 of Plaintiffs' Complaint.

5.5     Defendants deny all allegations contained in paragraph 5.5 of Plaintiffs'

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Complaint.

5.6     Defendants deny all allegations contained in paragraph 5.6 of Plaintiffs' Complaint.

## COUNT TWO – VIOLATION OF CIVIL RIGHTS
### (TITLE 42 U.S.C. SECTION 1983) (AS TO DEFENDANTS SEATTLE SCHOOL DISTRICT NO. 1, ENGLISH, DORSEY AND DOES 101-250)

5.7     Defendants deny all allegations contained in paragraph 5.7 of Plaintiffs' Complaint.

5.8     Defendants admit the Seattle School District employed both Mr. English and Mr. Dorsey.  Defendants deny all other allegations in paragraph 5.8.

5.9     Defendants deny all allegations contained in paragraph 5.9 of Plaintiffs' Complaint.

5.10    Defendants deny all allegations contained in paragraph 5.10 of Plaintiffs' Complaint.

5.11    Defendants deny all allegations contained in paragraph 5.11 of Plaintiffs' Complaint.

5.12    Defendants deny all allegations contained in paragraph 5.12 of Plaintiffs' Complaint.

5.13    Defendants deny all allegations contained in paragraph 5.13 of Plaintiffs' Complaint.

## COUNT THREE – FALSE ARREST
### (AS TO ALL DEFENDANTS)

5.14    Defendants deny all allegations contained in paragraph 5.14 of Plaintiffs' Complaint.

5.15    Defendants deny all allegations contained in paragraph 5.15 of Plaintiffs' Complaint.

5.16    Defendants deny all allegations contained in paragraph 5.16 of Plaintiffs' Complaint.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

5.17    Defendants deny all allegations contained in paragraph 5.17 of Plaintiffs' Complaint.

5.18    Defendants deny all allegations contained in paragraph 5.18 of Plaintiffs' Complaint.

## COUNT FOUR – FALSE IMPRISONMENT
## (AS TO ALL DEFENDANTS)

5.19    Defendants deny all allegations contained in paragraph 5.19 of Plaintiffs' Complaint.

5.20    Defendants deny all allegations contained in paragraph 5.20 of Plaintiffs' Complaint.

5.21    Defendants deny all allegations contained in paragraph 5.21 of Plaintiffs' Complaint.

5.22    Defendants deny all allegations contained in paragraph 5.22 of Plaintiffs' Complaint.

5.23    Defendants deny all allegations contained in paragraph 5.23 of Plaintiffs' Complaint.

5.24    Defendants deny all allegations contained in paragraph 5.24 of Plaintiffs' Complaint.

## COUNT FIVE – BATTERY AND ASSAULT
## (AS TO ALL DEFENDANTS)

5.25    Defendants deny all allegations contained in paragraph 5.25 of Plaintiffs' Complaint.

5.26    Defendants deny all allegations contained in paragraph 5.26 of Plaintiffs' Complaint.

5.27    Defendants deny all allegations contained in paragraph 5.27 of Plaintiffs' Complaint.

5.28    Defendants deny all allegations contained in paragraph 5.28 of Plaintiffs'

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Complaint.

5.29    Defendants deny all allegations contained in paragraph 5.29 of Plaintiffs' Complaint.

## COUNT SIX – ABUSE OF PROCESS
## (AS TO ALL DEFENDANTS)

5.30    Defendants deny all allegations contained in paragraph 5.30 of Plaintiffs' Complaint.

5.31    Defendants deny all allegations contained in paragraph 5.31 of Plaintiffs' Complaint.

5.32    Defendants deny all allegations contained in paragraph 5.32 of Plaintiffs' Complaint.

5.33    Defendants deny all allegations contained in paragraph 5.33 of Plaintiffs' Complaint.

5.34    Defendants deny all allegations contained in paragraph 5.34 of Plaintiffs' Complaint.

5.35    Defendants deny all allegations contained in paragraph 5.35 of Plaintiffs' Complaint.

## COUNT SEVEN – WRONGFUL FORCIBLE EVICTION/DETAINER
## (AS TO ALL DEFENDANTS)

5.36    Defendants deny all allegations contained in paragraph 5.36 of Plaintiffs' Complaint.

5.37    Defendants deny all allegations contained in paragraph 5.37 of Plaintiffs' Complaint.

5.38    Defendants deny all allegations contained in paragraph 5.38 of Plaintiffs' Complaint.

5.39    Defendants deny all allegations contained in paragraph 5.39 of Plaintiffs' Complaint.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

5.40    Defendants deny all allegations contained in paragraph 5.40 of Plaintiffs' Complaint.

**COUNT EIGHT – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**(AS TO ALL DEFENDANTS)**

5.41    Defendants deny all allegations contained in paragraph 5.41 of Plaintiffs' Complaint.

5.42    Defendants deny all allegations contained in paragraph 5.42 of Plaintiffs' Complaint.

5.43    Defendants deny all allegations contained in paragraph 5.43 of Plaintiffs' Complaint.

5.44    Defendants deny all allegations contained in paragraph 5.44 of Plaintiffs' Complaint.

**COUNT NINE – NEGLIGENCE**
**(AS TO ALL DEFENDANTS)**

5.45    Defendants deny all allegations contained in paragraph 5.45 of Plaintiffs' Complaint.

5.46    Defendants deny all allegations contained in paragraph 5.46 of Plaintiffs' Complaint.

5.47    Defendants deny all allegations contained in paragraph 5.47 of Plaintiffs' Complaint.

**AFFIRMATIVE DEFENSES**

BY WAY OF FURTHER ANSWER AND FIRST AFFIRMATIVE DEFENSE, Defendants contend that Plaintiff's recovery is barred or must be segregated by his intentional, criminal, and/or willful and wanton acts.

BY WAY OF FURTHER ANSWER AND SECOND AFFIRMATIVE DEFENSE, Defendants contend that Plaintiff's recovery, if any, must be reduced by his own fault.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

BY WAY OF FURTHER ANSWER AND THIRD AFFIRMATIVE DEFENSE, the individual Defendants contend that Plaintiff's recovery is barred by the doctrine of qualified immunity.

BY WAY OF FURTHER ANSWER AND FOURTH AFFIRMATIVE DEFENSE, Defendants contends that Plaintiff's suit is barred by the independent determination of probable cause by the City of Seattle and its employees, which broke the chain of causation and acted as an intervening and superseding cause.

BY WAY OF FURTHER ANSWER AND FIFTH AFFIRMATIVE DEFENSE, Defendants contend that Plaintiffs' recovery, if any, must be reduced by the acts of third parties over whom these Defendants had no control, including but not limited to the City of Seattle and its involved employees.

BY WAY OF FURTHER ANSWER AND SIXTH AFFIRMATIVE DEFENSE, Defendants contend that Plaintiffs' recovery is barred by the doctrines of collateral estoppel and/or res judicata.

BY WAY OF FURTHER ANSWER AND SEVENTH AFFIRMATIVE DEFENSE, Defendants contend that Plaintiffs' recovery is barred by the doctrines of assumption of risk, and/or consent.

BY WAY OF FURTHER ANSWER AND EIGHTH AFFIRMATIVE DEFENSE, Defendants contend that Plaintiffs' recovery is barred by the doctrine of privilege.

BY WAY OF FURTHER ANSWER AND NINTH AFFIRMATIVE DEFENSE, Defendants contend that Plaintiffs' claims are barred by his failure to exhaust administrative remedies.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**PRAYER FOR RELIEF**

WHEREFORE, Defendant RONALD ENGLISH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THE GENERAL COUNSEL OF SEATTLE PUBLIC SCHOOL DISTRICT NO. 1; LARRY DORSEY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THE PUBLIC SAFETY DIRECTOR OF SEATTLE PUBLIC SCHOOL DISTRICT NO. 1; SEATTLE PUBLIC SCHOOL DISTRICT NO. 1; pray for the following relief:

1.      That Plaintiff's complaint be dismissed with prejudice, and that Plaintiff take nothing by his complaint;

2.      That Defendants be allowed their statutory costs and reasonable attorney fees incurred herein pursuant to Fed.R.Civ.P. 11, 28 USC §1927; Wash.Rev.Code §4.84.185, and the court's inherent authority; and,

3.      For such additional relief the Court may deem just and equitable.

**JURY TRIAL DEMANDED**

Pursuant to Fed. R. Civ. P. §38, Defendants respectfully demand a jury of six or more persons.

DATED this 20th day of April, 2016.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1

2          KEATING, BUCKLIN & McCORMACK,
            INC., P.S.
3

4          By:  /s/ Stewart A. Estes
                  Stewart A. Estes, WSBA #15535
5          Attorneys for Defendants Dorsey, English and
6          Seattle Public School District

7          800 Fifth Avenue, Suite 4141
            Seattle, WA  98104-3175
8          Phone: (206) 623-8861
            Fax:    (206) 223-9423
9          Email: sestes@kbmlawyers.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 14
2:15-cv-01819-MJP

1043-00016/222349

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further certify that I have served a true and correct copy via U.S. mail to the following non-CM/ECF Plaintiff, Pro Se:

**Attorneys for Plaintiff, Pro Se**

Mr. Omari Tahir aka James C. Garrett
Private Attorney General
P.O. Box 22328
Seattle, WA  98122
Email:

DATED:  April 20, 2016

/s/ Stewart A. Estes
Stewart A. Estes, WSBA #15535
Attorneys for Defendants
800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: sestes@kbmlawyers.com

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 15
2:15-cv-01819-MJP
1043-00016/222349

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423