UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMARI TAHIR,<br><br>           Plaintiff,<br><br>    v.<br><br>RONALD ENGLISH, et al.,<br><br>           Defendants. | CASE NO. C15-1819-MJP<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

THIS MATTER comes before the Court on Plaintiff's Response to the Court's Order to Show Cause. (Dkt. No. 26.) The Court's Order to Show Cause directed Plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute for failure to comply with the Court's order to submit a joint status report. (See Dkt. No. 25.) Having considered Plaintiff's Response, the Court hereby ORDERS that this action be DISMISSED without prejudice for failure to prosecute.

On May 27, 2016, the Court granted Plaintiff's request for an extension of time to submit a joint status report, moving the due date to July 8, 2016. (See Dkt. No. 21.) Plaintiff did not submit anything by July 8, and Defendants submitted a report without Plaintiff's participation,

asserting that Plaintiff had been unresponsive despite multiple attempts by defense counsel to contact and work with him to prepare the report.  (See Dkt. No. 23 at 1-2.)  In his Response to the Court's Order to Show Cause, Plaintiff moved to recuse this Court, moved to stay this proceeding in light of a pending appeal in another case filed by Plaintiff, and explained that he was having difficulty litigating the case due to financial constraints, the lack of a lawyer to help him, Defendant Seattle School District's failure to teach him how to litigate a case during his twelve years of schooling in the District, and the "historical prejudice of the 1791 Federal Corporation Colonial Western District of Washington United States District Courts, Circuit Court of Appeals and United States Supreme Court, demonstrated by the Supreme Court decision in Dred Scott and Plessy vs. Ferguson."  (Dkt. No. 26.)

The Court finds that Plaintiff has failed to demonstrate good cause for failing to comply with this Court's order that a joint status report be filed by July 8, 2016.  Plaintiff's Response to the Order to Show Cause does not even directly address the failure to submit the report by the due date.  The Response does not contain an explanation for failing to comply with the deadline, or failing to work collaboratively with defense counsel as required.  Accordingly, the Court ORDERS that this action be DISMISSED without prejudice for failure to prosecute.

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel, and to close this case.

Dated this 12th day of August, 2016.

*[signature]*

Marsha J. Pechman
United States District Judge