# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

OMARI TAHIR,

          Plaintiff,

   v.

RONALD ENGLISH, et al.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C15-1819-MJP

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This action is DISMISSED without prejudice for failure to prosecute.

Dated August 12, 2016.

          William M. McCool
          Clerk of Court

          s/Paula McNabb
          Deputy Clerk