UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMARI TAHIR,<br><br>          Plaintiff,<br><br>   v.<br><br>RONALD ENGLISH,<br><br>          Defendant. | CASE NO. C15-1819-MJP<br><br>ORDER REVOKING *IN FORMA PAUPERIS* STATUS |

      On August 12, 2016, this Court dismissed Plaintiff's action without prejudice for his failure to comply with the Court's order to participate in the preparation of a Joint Status Report. Dkt. No. 30. Plaintiff has appealed that dismissal and the Ninth Circuit Court of Appeals has referred the matter back to the District Court for the purpose of determining whether *in forma pauperis* status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. Dkt. No. 35.

      It is the finding of this Court that Plaintiff's appeal of the dismissal is frivolous. Plaintiff was given 90 days to participate in a routine pretrial conference with opposing counsel. *Pro se* litigants routinely participate in these conferences and collaborate with opposing counsel in the

preparation of a Joint Status Report.  Further assistance is available through *pro se* materials provided by the Clerk's Office and accessible through the District Court Law Library (a public facility).  It is true that the Court adopted the Pro Bono Screening Committee's recommendation not to appoint counsel for Plaintiff in this matter, but, again, dozens if not hundreds of *pro se* parties prosecute their own civil litigation in this District each year.

Furthermore, the dismissal was without prejudice, leaving Plaintiff free (within the confines of the statute of limitations) to file his action again when he felt he was more prepared to do so.  An appeal of the Court's order is unnecessary and the Court can conceive of no grounds on which it would have merit.  Accordingly,

IT IS ORDERED that Plaintiff's *in forma pauperis* status is REVOKED for purposes of this appeal.

The clerk is ordered to provide copies of this order to the Ninth Circuit Court of Appeals, Plaintiff, and all counsel.

Dated this 16th day of September, 2016.

Marsha J. Pechman
United States District Judge