

**FILED**

**DEC 13 2016**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OMARI TAHIR, aka JAMES C. GARRETT individually and as Private Attorney General,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>RONALD ENGLISH, individually and in his OFFICIAL CAPACITY as the General Counsel of Seattle Public School District No. 1; et al.,<br><br>    Defendants-Appellees. | No. 16-35734<br><br>D.C. No. 2:15-cv-01819-MJP<br>Western District of Washington, Seattle<br><br><br>ORDER |

Before: THOMAS, Chief Judge, LEAVY and SILVERMAN, Circuit Judges.

The district court certified that this appeal is not taken in good faith and revoked appellant's in forma pauperis status. *See* 28 U.S.C. § 1915(a).

On September 28, 2016, the court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

LAB/MOATT

Upon a review of the record and appellant's response to the court's September 28, 2016 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 8) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

**DISMISSED.**

LAB/MOATT 2